**Order entered June 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01583-CV

## EDWARD C. NEWBERRY, Appellant

## V.

## CLAUDIA J. NEWBERRY, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-0752**

## ORDER

By letter dated December 28, 2012, we directed appellant to file a letter brief addressing our jurisdiction over the appeal as the notice of appeal appeared untimely. In response, appellant informed the Court that the parties had settled their differences and moved to abate the appeal to allow the trial court to effectuate the settlement agreement. We granted the motion and, by order entered January 10, 2013, abated the appeal. We stated in our order that the appeal would be reinstated in forty-five days or when the Court received a motion to dismiss confirming the trial court had effectuated the parties' agreement, whichever occurred first. The forty-five days have lapsed and no motion to dismiss has been filed. Accordingly, we **REINSTATE** the appeal. Because our abatement order suspended the time for appellant to file his jurisdictional letter brief, we reset the deadline and **ORDER** appellant to file the letter brief within ten days of the

date of this order. Any response by appellee shall be filed within fifteen days of the date of this order. Appellant is cautioned that failure to comply may result in dismissal of the appeal without further notice.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE